# **INDEX OF EXHIBITS**

1. City of Detroit Bankruptcy Case - Bar Date Order

2. City of Detroit Bankruptcy Case - Confirmation Order

3. Docket of criminal trial, case number 00-007900

4. 2002 Appeal Docket

5. Craighead 2002 Appeal Brief

6. 2010 Appeal Docket

7. Craighead 2010 Appeal Application

8. Plaintiff-Appellee's Brief in Opposition to Defendant's Delayed Application for Leave to Appeal

9. Reply Brief in Support of 2010 Application for Leave to Appeal

10. November 22, 2011, Court of Appeals Order

11. October 5, 2012, and January 25, 2013, Supreme Court Orders

12. City of Detroit Bankruptcy Case – Motion to Enforce (without exhibits)

13. City of Detroit Bankruptcy Case – Doc. Nos. 13000 and 13025 (Motion to Enforce Against Ricks et al., Order Granting Motion) and Transcript of Hearing

14. City of Detroit Bankruptcy Case – Doc. Nos. 13691 and 13751 (Motions to Enforce Against Chancellor, Order Granting Motion) and Transcript of Hearing

15. WICA Register of Actions