**Exhibit 4**

**2002 Appeal Docket**

# COA 243856
# MSC 130450

PEOPLE OF MI V MARK T CRAIGHEAD
Lower Court/Tribunal
WAYNE CIRCUIT COURT
Judge(s)
JONES VERA MASSEY

Docket    Case Documents

# Case Information 

## Case Header

Case Number

COA #243856    MSC #130450

Case Status

| MSC | Closed |
| --- | --- |
| COA | Case Concluded; File Archived |

## Parties & Attorneys to the Case – Court of Appeals

### 1
**PEOPLE OF MI**
Plaintiff - Appellee

Attorney(s)

**NAPP JANET A**
#40633, Prosecutor

### 2
**CRAIGHEAD MARK T**
Defendant - Appellant

Attorney(s)

**NEWMAN VALERIE R**
#47291, State Appellate Defender

## Parties & Attorneys to the Case – Supreme Court

### 1
**PEOPLE OF MI**
Plaintiff

Attorney(s)

**Janet A Napp Attorney**
#40633

### 2
**CRAIGHEAD MARK T**
Defendant

Attorney(s)
Valerie R Newman
#47291

COLLAPSE ALL        EXPAND ALL

| Date | # | Description | |
|---|---|---|---|
| 09/16/2002 | 1 | Claim of Appeal - Criminal | + |
| 08/05/2002 | 2 | Order Appealed From | + |
| 09/16/2002 | 5 | Other | + |
| 10/24/2002 | 6 | Invol Dismissal Warning - No Steno Cert | + |
| 11/08/2002 | 7 | Telephone Contact | + |
| 11/20/2002 | 8 | Steno Certificate - Tr Request Received | + |
| 02/18/2003 | 9 | Motion: Extend Time - File Transcript | + |
| 02/24/2003 | 10 | Defective Filing Letter | + |
| 03/05/2003 | 11 | Notice Of Filing Transcript | + |
| 03/13/2003 | 12 | Correspondence Received | + |
| 03/13/2003 | 13 | Defect Cured | + |
| 03/20/2003 | 14 | Order: Withdraw Motion - Request of Party | + |
| 06/13/2003 | 16 | Invol Dismissal Warning - No Appellant Brief | + |
| 06/23/2003 | 18 | Stipulation: Extend Time - AT Brief | + |
| 07/02/2003 | 17 | Telephone Contact | + |
| 07/03/2003 | 19 | Correspondence Sent | + |
| 07/07/2003 | 20 | Correspondence Received | + |
| 07/11/2003 | 21 | Motion: Extend Time - Order Transcript | + |
| 07/11/2003 | 28 | Transcript Requested By Atty Or Party | + |
| 07/15/2003 | 23 | Submitted on Administrative Motion Docket | + |
| 07/17/2003 | 24 | Order: Extend Time - Order Transcript - Grant | + |
| 09/10/2003 | 25 | Telephone Contact | + |
| 10/06/2003 | 26 | Telephone Contact | + |
| 10/16/2003 | 27 | Invol Dismissal Warning - No Steno Cert | + |
| 10/22/2003 | 29 | Transcript Overdue - Notice to Reporter | + |
| 10/30/2003 | 30 | Steno Affidavit - No Notes | + |
| 10/30/2003 | 31 | Steno Certificate - Tr Request Received | + |
| 11/14/2003 | 32 | Steno Affidavit - No Notes | + |
| 12/23/2003 | 33 | Miscellaneous Receipt | + |
| 12/30/2003 | 34 | Submitted on Administrative Motion Docket | + |
| 12/30/2003 | 36 | Order - Generic | + |

| Date | # | Description |
|---|---|---|
| 12/30/2003 | 39 | Notice Of Filing Transcript |
| 01/06/2004 | 41 | Motion: Reconsideration of Order |
| 01/07/2004 | 42 | Notice Of Filing Transcript |
| 01/08/2004 | 40 | Miscellaneous Receipt |
| 01/20/2004 | 44 | Submitted on Reconsideration Docket |
| 01/20/2004 | 46 | Correspondence Received |
| 01/21/2004 | 45 | Order: Reconsideration - Deny - Appeal Remains Open |
| 01/30/2004 | 47 | Correspondence Received |
| 02/02/2004 | 49 | LCt Pleading |
| 02/02/2004 | 50 | Brief: Stricken by Order |
| 02/02/2004 | 51 | Motion: Remand |
| 02/05/2004 | 48 | Correspondence Sent |
| 02/19/2004 | 52 | LCt Pleading |
| 02/23/2004 | 54 | Answer - Motion |
| 03/16/2004 | 55 | Submitted on Motion Docket |
| 03/19/2004 | 57 | Order: Remand - Motion - Deny |
| 03/19/2004 | 58 | Noticed |
| 03/22/2004 | 59 | Correspondence Received |
| 04/13/2004 | 61 | Material Received by Record Room |
| 04/15/2004 | 60 | Record Request |
| 04/21/2004 | 62 | Telephone Contact |
| 04/22/2004 | 63 | Record Filed |
| 05/28/2004 | 68 | Correspondence Sent |
| 06/09/2004 | 69 | LCt Order - Appoint AT Atty |
| 06/17/2004 | 70 | Correspondence Sent |
| 06/18/2004 | 71 | LCt Order |
| 06/18/2004 | 72 | LCt Order - Appoint AT Atty |
| 06/18/2004 | 73 | LCt Document |
| 06/18/2004 | 74 | Correspondence Sent |
| 07/07/2004 | 75 | Correspondence Received |
| 07/13/2004 | 76 | Correspondence Sent |
| 07/15/2004 | 77 | Prosecutor Advisory - No Brief |
| 07/16/2004 | 78 | Telephone Contact |
| 08/03/2004 | 79 | LCt Order - Appoint AT Atty |
| 08/04/2004 | 80 | Correspondence Sent |

| Date | # | Description | |
|---|---|---|---|
| 08/12/2004 | 81 | Correspondence Received | + |
| 08/23/2004 | 83 | Motion: Motion | + |
| 08/23/2004 | 85 | LCt Order - Appoint AT Atty | + |
| 08/26/2004 | 89 | Correspondence Received | + |
| 08/26/2004 | 90 | Correspondence Received | + |
| 08/27/2004 | 84 | Telephone Contact | + |
| 08/27/2004 | 91 | Steno Certificate - Tr Request Received | + |
| 08/30/2004 | 86 | Correspondence Sent | + |
| 08/31/2004 | 88 | Submitted on Administrative Motion Docket | + |
| 09/01/2004 | 92 | Order: Grant - Generic | + |
| 09/03/2004 | 98 | Notice Of Filing Transcript | + |
| 09/03/2004 | 99 | Steno Certificate - Tr Request Received | + |
| 09/07/2004 | 101 | Notice Of Filing Transcript | + |
| 09/08/2004 | 100 | Steno Certificate - Tr Request Received | + |
| 09/24/2004 | 102 | Notice Of Filing Transcript | + |
| 09/27/2004 | 104 | Other | + |
| 09/30/2004 | 105 | Steno Affidavit - No Notes | + |
| 09/30/2004 | 106 | Notice Of Filing Transcript | + |
| 11/18/2004 | 107 | LCt Pleading - Post-Judgment | + |
| 11/23/2004 | 108 | Notice Of Filing Transcript | + |
| 12/08/2004 | 109 | Record Returned | + |
| 12/21/2004 | 110 | Notice Of Filing Transcript | + |
| 01/06/2005 | 111 | Post-judgment Proceedings Overdue - Notice | + |
| 01/10/2005 | 112 | LCt Pleading | + |
| 01/18/2005 | 113 | Material Received by Record Room | + |
| 01/18/2005 | 114 | Telephone Contact | + |
| 01/21/2005 | 115 | Record Filed | + |
| 02/01/2005 | 116 | Steno Affidavit - No Notes | + |
| 02/14/2005 | 117 | Correspondence Received | + |
| 02/14/2005 | 118 | Correspondence Received | + |
| 02/18/2005 | 119 | Steno Affidavit - No Notes | + |
| 02/24/2005 | 120 | Motion: Show Cause - Reporter | + |
| 02/24/2005 | 125 | Transcript Ordered By Trial Court | + |
| 02/24/2005 | 126 | Transcript Ordered By Trial Court | + |
| 02/24/2005 | 127 | Transcript Ordered By Trial Court | + |

| Date | No. | Description | |
|---|---|---|---|
| 02/24/2005 | 128 | Transcript Ordered By Trial Court | + |
| 02/24/2005 | 129 | Transcript Ordered By Trial Court | + |
| 03/04/2005 | 122 | Telephone Contact | + |
| 03/08/2005 | 121 | Defective Filing Letter | + |
| 03/10/2005 | 123 | Defect Cured | + |
| 03/18/2005 | 124 | Correspondence Sent | + |
| 03/21/2005 | 130 | Notice Of Filing Transcript | + |
| 03/23/2005 | 133 | Correspondence Received | + |
| 03/24/2005 | 131 | Submitted on Court Reporter Motion Docket | + |
| 03/25/2005 | 132 | Order: Show Cause Motion - Dismissed as Moot | + |
| 04/06/2005 | 134 | Telephone Contact | + |
| 04/22/2005 | 135 | Correspondence Sent | + |
| 05/05/2005 | 136 | Correspondence Received | + |
| 05/17/2005 | 137 | LCt Order - Post Judgment | + |
| 05/18/2005 | 138 | Correspondence Received | + |
| 05/26/2005 | 139 | Steno Certificate - Tr Request Received | + |
| 06/06/2005 | 140 | Notice Of Filing Post-Judgment Transcript | + |
| 06/13/2005 | 143 | LCt Pleading - Post-Judgment | + |
| 06/16/2005 | 144 | Notice Of Filing Post-Judgment Transcript | + |
| 06/17/2005 | 141 | Telephone Contact | + |
| 06/17/2005 | 142 | Telephone Contact | + |
| 07/26/2005 | 145 | LCt Order | + |
| 07/29/2005 | 146 | Post-Judgment Motion Concluded | + |
| 08/08/2005 | 147 | Motion: Extend Time - Appellant | + |
| 08/09/2005 | 148 | Motion: Expedite Appeal | + |
| 08/09/2005 | 149 | Brief: Appellant | + |
| 08/10/2005 | 150 | Oral Arg Advise Ltr Sent | + |
| 08/16/2005 | 152 | Submitted on Administrative Motion Docket | + |
| 08/16/2005 | 153 | Submitted on Administrative Motion Docket | + |
| 08/16/2005 | 154 | Order: Extend Time - Appellant Brief - Grant | + |
| 08/16/2005 | 155 | Order: Expedite - Grant | + |
| 09/21/2005 | 161 | Transcript Filed | + |
| 09/23/2005 | 163 | Prosecutor Advisory - No Brief | + |
| 09/28/2005 | 165 | Transcript Filed | + |
| 10/19/2005 | 175 | Brief: Appellee | + |

| Date | No. | Description | |
|---|---|---|---|
| 10/20/2005 | 176 | Oral Arg Advise Ltr Sent | + |
| 11/15/2005 | 170 | Submitted on Case Call | + |
| 11/15/2005 | 177 | Oral Argument Audio | + |
| 12/22/2005 | 182 | Opinion - Per Curiam - Unpublished | + |
| 12/22/2005 | 183 | Opinion - Dissent | + |
| 02/01/2006 | 184 | Application for Leave to SCt | + |
| 02/09/2006 | 185 | Supreme Court - File & Record Sent To | + |
| 02/09/2006 | 186 | COA and TCt Received | + |
| 05/24/2006 | 187 | Supreme Court: Answer - SCt Application/Complaint | + |
| 05/02/2007 | 188 | Supreme Court Order: Deny Application/Complaint | + |
| 05/02/2007 | 189 | Supreme Court - File Ret'd by - Close Out | + |