# Exhibit 10

# November 22, 2011, Court of Appeals Order

## Court of Appeals, State of Michigan

## ORDER

People of MI v Mark T. Craighead

Docket No.   301465

LC No.   00-007900-FC

William B. Murphy, C.J.
Presiding Judge

David H. Sawyer

Joel P. Hoekstra
Judges

The motion for leave to file a reply to the answer is GRANTED and the reply filed on June 15, 2011, is accepted for filing.

The Court orders that the delayed application for leave to appeal is DENIED for failure to meet the burden of establishing entitlement to relief under MCR 6.508(D).



A true copy entered and certified by Larry S. Royster, Chief Clerk, on

NOV 2 2 2011
Date


Chief Clerk