# Exhibit 11

# October 5, 2012, and January 25, 2013, Supreme Court Orders

# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 5, 2012

144415

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

MARK T. CRAIGHEAD,
    Defendant-Appellant.
_____/

SC: 144415
COA: 301465
Wayne CC: 00-007900-FC

    On order of the Court, the application for leave to appeal the November 22, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

    CAVANAGH, MARILYN KELLY, and HATHAWAY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2012

_____
Clerk

t0927

# Order

Michigan Supreme Court
Lansing, Michigan

January 25, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

144415(38)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

SC: 144415
COA: 301465
Wayne CC: 00-007900-FC

MARK T. CRAIGHEAD,
    Defendant-Appellant.

_____/

    On order of the Court, the motion for reconsideration of this Court's October 5, 2012 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

    CAVANAGH, J., would grant reconsideration and, on reconsideration, would grant leave to appeal.

    MCCORMACK, J., not participating because of her prior involvement in this case as counsel for a party.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2013

Clerk

d0122