**Exhibit 15**

**WICA – Register of Actions**

| STATE OF MICHIGAN<br>COURT OF CLAIMS | REGISTER OF ACTIONS | CASE ID<br>22-000123-MZ<br>C/COC/MI | Public<br>10/26/2023<br>2:29:18 PM<br>Page: 1 of 3 |
|---|---|---|---|

## CASE

| Judicial Officer | Date Filed | Adjudication | Status |
|---|---|---|---|
| SWARTZLE, BROCK | 8/12/22 | ORDER ENTERED 6/1/23 | CLOSED 7/27/23 |

## PARTICIPANTS

| PLAINTIFF 1 | CRAIGHEAD, MARK | FILED: 8/12/22 |
|---|---|---|
| | ATTY: WOLFGANG MUELLER # 43728 PRIMARY RETAINED | |
| DEFENDANT 1 | STATE OF MICHIGAN | FILED: 8/12/22 |
| | ATTY: GALLANT FISH # 82196 PRIMARY RETAINED | |
| INTERVENING DEFENDANT 1<br>**INACTIVE AS OF 11/29/22** | CITY OF DETROIT | FILED: 11/8/22 |
| | ATTY: DAVID DANIEL BURRESS # 77525 PRIMARY RETAINED | |
| INTERVENING DEFENDANT 2<br>**INACTIVE AS OF 11/29/22** | SIMON, BARBARA | FILED: 11/8/22 |
| | ATTY: DAVID DANIEL BURRESS # 77525 PRIMARY RETAINED | |

## RECEIVABLES/PAYMENTS

| | Assessed | Paid/Adjusted | Balance |
|---|---|---|---|
| PTF 1 MARK CRAIGHEAD | $195.00 | $195.00 | $0.00 |
| | **Assessed** | **Paid/Adjusted** | **Balance** |
| INVD 1 CITY OF DETROIT | $20.00 | $20.00 | $0.00 |

## CHRONOLOGICAL LIST OF ACTIVITIES

| Activity Date | Activity | | User | Entry Date |
|---|---|---|---|---|
| 8/12/22 | SUMMONS AND COMPLAINT | $175.00 | ma<br>ma | 8/15/22<br>8/15/22 |
| | PTF 1 | | | |
| | DEF 1 | | | |
| 8/12/22 | JUDICIAL OFFICER ASSIGNED TO SWARTZLE, BROCK A 58993 | | ma | 8/15/22 |
| 8/12/22 | RECEIVABLE ELECTRONIC FILING SYSTEM FEE | $25.00 | ma | 8/15/22 |
| 8/12/22 | RECEIVABLE FILING FEE | $150.00 | ma | 8/15/22 |
| 8/15/22 | PAYMENT | $175.00 | ma | 8/15/22 |
| | RECEIPT NUMBER: COC-LAN.0006480 | | | |
| | METHOD: ELECTRONIC FUND TRANSFER $175.00 | | | |
| | Bundle - TEMP-LNXCKHRR-26572533 | | | |
| 8/26/22 | ANSWER, CIVIL TO PLAINTIFF'S COMPLAINT AND NOTICE OF AFFIRMATIVE DEFENSES WITH PROOF OF SERVICE | | ma | 8/26/22 |
| | DEF 1 | | | |
| 8/26/22 | REVIEW SCAO - MAXIMUM CASE AGE | SET 8/9/24 8:00 A | ma | 8/26/22 |
| 8/29/22 | SCHEDULING ORDER | | ma | 8/29/22 |
| 8/29/22 | RETURN OF SERVICE - NONPERSONAL | | ma | 8/29/22 |
| | DEF 1 | | | |
| 9/1/22 | NOTICE OF APPEARANCE OF DAVIDDE A STELLA ON BEHALF OF THE WAYNE COUNTY PROSECUTOR'S OFFICE | | ma | 9/1/22 |
| | INP 1 | | | |

| **STATE OF MICHIGAN** <br> COURT OF CLAIMS | **REGISTER OF ACTIONS** | **CASE ID** <br> **22-000123-MZ** <br><br> C/COC/MI | Public <br> 10/26/2023 <br> 2:29:18 PM <br> Page: 2 of 3 |
|---|---|---|---|

| Activity Date | Activity | | User | Entry Date |
|---|---|---|---|---|
| 11/8/22 | MOTION TO INTERVENE AS DEFENDANTS (ORAL ARGUMENT REQUESTED) WITH PROOF OF SERVICE | $20.00 | ma <br> ma | 11/8/22 <br> 11/8/22 |
| | INVD 1 | | | |
| | INVD 2 | | | |
| 11/8/22 | RECEIVABLE  MOTION FEE | $20.00 | ma | 11/8/22 |
| 11/8/22 | PAYMENT | $20.00 | ma | 11/8/22 |
| | RECEIPT NUMBER: COC-LAN.0006721 | | | |
| | METHOD: ELECTRONIC FUND TRANSFER  $20.00 | | | |
| | Bundle - 22-000123-MZ-28856285 | | | |
| 11/15/22 | RESPONSE TO CITY OF DETROIT AND BARBARA SIMON'S MOTION TO INTERVENE AS DEFENDANTS WITH PROOF OF SERVICE | | ma <br> amd | 11/15/22 <br> 1/24/23 |
| | PTF 1 | | | |
| 11/21/22 | REPLY BRIEF IN SUPPORT OF THEIR 11/8/22 MOTION TO INTERVENE DEFENDANTS WITH PROOF OF SERVICE | | ma | 11/22/22 |
| | INVD 1 | | | |
| | INVD 2 | | | |
| 11/22/22 | RESPONSE TO CITY OF DETROIT AND BARBARA SIMON'S MOTION TO INTERVENE AS DEFENDANTS WITH PROOF OF SERVICE | | ma | 11/22/22 |
| | DEF 1 | | | |
| 11/29/22 | ORDER DENYING MOTION TO INTERVENE AS DEFENDANTS | | ma | 11/29/22 |
| 1/5/23 | MOTION TO SHOW CAUSE REGARDING DETROIT POLICE DEPARTMENT RECORDS WITH PROOF OF SERVICE | $20.00 | ma <br> ma | 1/5/23 <br> 1/5/23 |
| | PTF 1 | | | |
| 1/5/23 | RECEIVABLE  MOTION FEE | $20.00 | ma | 1/5/23 |
| 1/5/23 | PAYMENT | $20.00 | ma | 1/5/23 |
| | RECEIPT NUMBER: COC-LAN.0006827 | | | |
| | METHOD: ELECTRONIC FUND TRANSFER  $20.00 | | | |
| | Bundle - 22-000123-MZ-30693485 | | | |
| 1/20/23 | WITNESS LIST WITH PROOF OF SERVICE | | ma | 1/20/23 |
| | PTF 1 | | | |
| 1/20/23 | PROPOSED STIPULATED ORDER EXTENDING SCHEDULING ORDER DEADLINES | | ma | 1/20/23 |
| | PTF 1 | | | |
| | DEF 1 | | | |
| 1/23/23 | STIPULATION FOR PRODUCTION OF RECORDS | | amd | 1/23/23 |
| 1/24/23 | ORDER EXTENDING SCHEDULING ORDER DEADLINES | | amd <br> amd | 1/24/23 <br> 1/24/23 |
| 1/24/23 | ORDER FOR PRODUCTION OF RECORDS | | amd | 1/24/23 |
| 2/7/23 | ORDER DISMISSING AS MOOT PLAINTIFF'S MOTION TO SHOW CAUSE | | ma | 2/7/23 |
| 2/16/23 | APPEARANCE OF COUNSEL WITH PROOF OF SERVICE | | ma | 2/16/23 |
| | PTF 1 | | | |
| 3/21/23 | SECOND PROPOSED STIPULATED ORDER EXTENDING SCHEDULING ORDER DEADLINES | | ma | 3/22/23 |
| | PTF 1 | | | |
| | DEF 1 | | | |
| 3/23/23 | SECOND STIPULATED ORDER EXTENDING SCHEDULING ORDER DEADLINES | | amd | 3/23/23 |
| 4/19/23 | THIRD PROPOSED STIPULATED ORDER EXTENDING SCHEDULING ORDER DEADLINES | | ma | 4/19/23 |

| STATE OF MICHIGAN COURT OF CLAIMS | REGISTER OF ACTIONS | CASE ID 22-000123-MZ C/COC/MI | Public 10/26/2023 2:29:18 PM Page: 3 of 3 |
|---|---|---|---|

| Activity Date | Activity | User | Entry Date |
|---|---|---|---|
| | PTF 1 | | |
| | DEF 1 | | |
| 4/20/23 | THIRD STIPULATED ORDER EXTENDING SCHEDULING ORDER DEADLINES | ma | 4/20/23 |
| 5/19/23 | WITNESS LIST WITH PROOF OF SERVICE | ma | 5/22/23 |
| | DEF 1 | | |
| 5/30/23 | PROPOSED STIPULATED ORDER OF JUDGMENT | kj | 5/31/23 |
| | PTF 1 | | |
| | DEF 1 | | |
| | INVD 1 | | |
| | INVD 2 | | |
| | INP 1 | | |
| 6/1/23 | ORDER OF JUDGMENT | kj | 6/1/23 |
| 6/1/23 | ORDER | amd | 7/27/23 |
| | DEF 1 | | |
| | INVD 1 | | |
| | INVD 2 | | |
| 6/14/23 | PROPOSED STIPULATED ORDER TO EXTEND ATTORNEY FEES AND COSTS DEADLINES | ma | 6/14/23 |
| | PTF 1 | | |
| | DEF 1 | | |
| 6/20/23 | ORDER TO EXTEND ATTTONEY FEES AND COSTS DEADLINES | kj | 6/20/23 |
| 7/18/23 | PROPOSED STIPULATED ORDER OF JUDGMENT FOR ATTORNEY FEES AND COSTS | kj | 7/18/23 |
| | PTF 1 | | |
| | DEF 1 | | |
| 7/21/23 | ORDER OF JUDGMENT FOR ATTORNEY FEES AND COSTS | kj | 7/24/23 |
| 7/26/23 | PROPOSED STIPULATED ORDER OF EXPUNGEMENT | ma | 7/26/23 |
| | PTF 1 | | |
| | DEF 1 | | |
| 7/27/23 | STIPULATED ORDER OF EXPUNGEMENT | amd | 7/27/23 |
| | PTF 1 | | |
| | DEF 1 | | |
| | INVD 1 | | |
| | INVD 2 | | |
| | INP 1 | | |
| 7/27/23 | CLOSE CASE STATUS | amd | 7/27/23 |
| | DEF 1 STATE OF MICHIGAN | | |