# EXHIBIT 3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MARK CRAIGHEAD,**

 Plaintiff,

v.

~~**CITY OF DETROIT**~~**, FORMER INVESTIGATOR BARBARA SIMON, FORMER INVESTIGATOR JAMES FISHER, FORMER LIEUTENANT BOB JACKSON, POLYGRAPH OPERATOR ANDREW SIMS, AND OTHER AS-OF-YET-UNKNOWN EMPLOYEES OF THE CITY OF DETROIT,**

 Defendants.

Case No. 5:23-cv-12243-JEL-CI
Hon. Brandy R. McMillion
Mag. Judge Curtis Ivy, Jr.

## CITY OF DETROIT'S AND DEFENDANTS' OBJECTIONS/RESPONSE TO PLAINTIFF'S 2ND SUBPOENA

The subpoena requests the following:

The Complete police files, including but not limited to handwritten, typed, photographic, electronic, audio, or video material, related to the following criminal investigations:

- homicide of Lisa Kindred. Suspects in this case were Justly Johnson and Kendrick Scott.
- homicide of Michael Ray. A suspect in this case was Damon Nathaniel.
- shooting of Glenn Pierce. A suspect in this case was Steven Brown.
- homicide of Christina Brown. A suspect in this case was Lamarr Monson.
- homicide of Darryl Towns. A suspect in this case was Damon Smith.
- homicides of Michael Robinson, Deangelo McNoriell, Nicole Chapman, and Brian Dixon. A suspect in this case was Davontae Sanford.

**RESPONSE:**

**Objection** – Detroit and Defendants object to the broad nature of this request. "The complete police files" is so broad that it is not proportional to the needs of this case.

**Objection** – Detroit objects to this request for files of open law enforcement investigations that are unrelated to the matter at hand, such that they should not be subject to disclosure and protected by the law enforcement investigative privilege. The City is aware of no relevance to this litigation that would justify the release of such information. Moreover, several of the above listed cases have already been subject to litigation, such that the further disclosure of these materials will only further complicate law enforcement efforts to identify and questions proper suspects.

**Objection** – Detroit objects to providing any materials that relate only to a potential *Monell* claim, as that appears to be the only potential relevance to these materials. Given the breadth of the information requested, this request is not proportional to the needs of the case and does not fall within the proper scope of discovery.

**Objection** – Detroit and Defendants object to the discoverability of such information. The relevance of this information is not apparent and the scope so large that this appears to be nothing more than a fishing expedition for other litigation and claims not currently pending in this lawsuit; this lawsuit is solely focused on the Defendants' conduct with Plaintiff.

        Respectfully submitted,

        SEWARD HENDERSON PLLC

        /s/ Kali M. L. Henderson (P76479)
        *Attorneys for Dismissed Defendant Detroit,*
        *and Defendants Simon, Sims, Jackson,*
        *and Fisher*
        210 East 3rd Street, Suite 212
        Royal Oak, Michigan 48067
        P: (248) 733-3580
        F: (248) 733-3633
Dated:  December 23, 2024      E: khenderson@sewardhenderson.com

## PROOF OF SERVICE

I hereby certify that on **Monday, December 23, 2024**, I served the above document via electronic mail to the following: *All Attorneys of Record.*

/s/ Farah Hammoud
**SEWARD HENDERSON PLLC**
210 East 3rd Street, Suite 212
Royal Oak, MI 48067
T: (248) 733-3580
F: (248) 733-3633
E: fhammoud@sewardhenderson.com