UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MARK CRAIGHEAD,**

     Plaintiff,

v.

**~~CITY OF DETROIT~~, FORMER INVESTIGATOR BARBARA SIMON, FORMER INVESTIGATOR JAMES FISHER, FORMER LIEUTENANT BOB JACKSON, POLYGRAPH OPERATOR ANDREW SIMS, AND OTHER AS-OF-YET-UNKNOWN EMPLOYEES OF THE CITY OF DETROIT,**

     Defendants.

Case No. 23-cv-12243
Hon. Brandy R. McMillion
Mag. Judge Curtis Ivy, Jr.

---

**STIPULATION REGARDING DAMAGES IDENTIFIED AS "LOSS OF EARNINGS AND EARNING POTENTIAL" AND "DAMAGE TO BUSINESS AND PROPERTY"**

The parties, by and through their undersigned counsel, have agreed that Plaintiff is no longer seeking economic damages for any lost wages and income, including specific allegations for loss of earnings and earning potential, and damage to business and property. Specifically, the damages listed in paragraphs 136g, 136i, 164g, 164i, 171g, 171i, 177h, 177j, 181g, 181i, 197g, 197i, 205g, 205i, 210g, and 210i, are not being sought.

So stipulated:


| | |
|---|---|
| /s/ Kali M. L. Henderson | /s/ Megan Pierce (w/ permission) |
| Kali M. L. Henderson (P76479) | Megan Pierce (IL Bar 6336559) |
| **SEWARD HENDERSON PLLC** | **LOEVY & LOEVY** |
| *Attorneys for Defendant Fisher,* | *Attorneys for Plaintiff* |
| *Simon, Sims, and Jackson, only* | |

Dated: October 14, 2025