# EXHIBIT 2



OFFICE of the WAYNE COUNTY MEDICAL EXAMINER
1300 East Warren Avenue
Detroit, Michigan 48207
**Case Registration Summary** ~~DR. LOEWE~~ ~~883.7069~~

M.E. CASE No.
97-05592
Pruett,Chole

POLICE FILE No.
CD#247

DATE REPORTED
06/27/97  2:30pm/MLH

| NAME OF DECEASED (First Middle Last)<br>Chole Pruett | AGE<br>26 | DATE OF BIRTH<br>27 Jun 71 (approx) | RACE<br>Black | SEX<br>Male |
|---|---|---|---|---|

Reported By:   **SIMON**   of: **HOMICIDE**

Reported From:   **3210 E. VERNOR #202**
**Detroit,  MI**

Decedent's :    **3210 E. VERNOR #202**
Residence  :    **Detroit,  MI**

Marital Status: **Unknown**

Next of Kin:    **UNK**
    Address:

    **UNK**

Status at Hospital:   (unknown)

Pronounced Dead:    **27 Jun 97    2:30pm**      By: **WCME**

**Police Information:**
Officer:      **SIMON**          Notified: **27 Jun 97**
                                Police Case # **CD#247**

Police Comments:

SUBJ WAS FOUND DEAD AT HOME, BY PAINTERS, WHO THEN NOTIFIED THE
APARTMENT MANAGER; VICKY TATE.  THE MANAGER THEN NOTIFIED
DETROIT POLICE.  SUBJ IS SAID TO BE SUFFERING FROM A GSW, AND
MAY POSSIBLY BE DECOMPOSED.  NO OTHER INFO AT THIS TIME.

Provisional Manner of Death:

Type of place where injury occurred: (unspecified)
Address where injury occured: **3210 E. VERNOR #202**
                              **Detroit,  MI**
Date of Injury: **27 Jun 97    2:30pm**

Initial Disclosures - KH000392

**OFFICE of the WAYNE COUNTY MEDICAL EXAMINER**
1300 East Warren Avenue
Detroit, Michigan 48207
**Case Registration Summary**

| M.E. CASE No. |
| --- |
| 97-05592 |
| Pruett,Chole |
| POLICE FILE No. |
| CD#247 |

DATE REPORTED
06/27/97   2:30pm/MLH
Page 2

- - - - - - - - - - - - - -

Certifier:        **WCME**
Disposition:      **Ordered To Meo**

Removal Ordered:      **27 Jun 97      2:43pm**
Removal Service: **PRS**
Contact Person:      **ART LEAVELS**

By whom: **Hulet,Marc**

Additional Case Comments:
THE SCENE:
   APT #202 OF 3210 E. VERNOR ST. DET.
THE BODY WAS SHOWN THE INVESTIGATOR BY HOMICIDE OFFICECRS AT THE
CRIME SCENE.
THE BODY WAS LYING PRONE ON THE FLOOR/CARPET OF THE APARTMENT
BETWEEN THE WEST AND EAST BEDROOMS, OFF THE LIVINGROOM OF THE
APARTMENT. THE BODY WAS COLD AND RIGOR PRESENT. THERE WERE
MULTI-WOUNDS TO THE BODY: NECK. BACK. BUTTOCKS. ABDOMEN. RIGHT
LEG.

THE BODY WAS CLAD: PULLOVER SHIRT. UNDERSHORTS. SWIM TRUNKS.
BLUEJEANS. SOCKS.

THERE WAS NO PROPERTY TO THE MEO. ALL PROPERTY REMOVED FROM THE
BODY WAS TURNED OVER TO THE DPD EVID. TECH. AT THE SCENE.

DPD HOMICIDE INV. LT. JACKSON STATED: THE DECEASED HAD GOTTEN A
LARGE SUM OF MONEY. THE DECEASED HAD SPOKE ABOUT THE MONEY TO
MANY PEOPLE. IT IS KNOWN THE DECEASED WENT TO THE CREDIT UNION
26 JUNE 97 AND GOT SOME MONEY AND WENT SHOPPING. THE DECEASED'S
VEHICLE WAS MISSING. PLUS, THE DECEASED KNEW WHOMEVER, WAS LET
INTO THE APARTMENT.

DPD EVID. TECH. RECOVERED A SPENT 380 OR 9MM SLUG AT THE CRIME
SCENE.

DPD HOMICIDE WILL NOTIFY THE NOK.

MOTHER: GWENDOLYN PRUETT: 19784 PATTON, DET. 48219, MI:
313-531-6973. FATHER: CHARLES PRUETT: 16903 FIELDING, DET 48219
MI: 313-255-0816.


VAL R. KNIGHT

Initial Disclosures - KH000393