# EXHIBIT 3

# REDFORD TOWNSHIP POLICE DEPARTMENT
25833 ELSINORE, REDFORD, MI 48239   PHONE (313) 387-2500

## INCIDENT REPORT

I.D. SHEET ☐   PAGE 1 OF 2

| INCIDENT NO. | CLASS NO. | REPORT NO. | REPORT DATE | ATTEMPT | INCIDENT TYPE |
|---|---|---|---|---|---|
| 15781-97 | 9828 | 9334 | 0627 97 | ☐ | Vehicle Fire |

| DOMESTIC ASSAULT | OFFICER NAME - 1 | SERIAL NO. - 1 | OFFICER NAME | SERIAL NO. - 2 | DISTRICT | REPORT TAKEN AT | SELF-INIT. |
|---|---|---|---|---|---|---|---|
| Y ☐ N ☒ | L. Turner | 166 | | | A03 | ☒ SCENE ☐ STAT ☐ PHONE ☐ OTHER | ☐ |

| TIME - 1 | DATE - 1 | TIME - 2 | DATE - 2 | LOCATION OF INCIDENT | BUSINESS PHONE |
|---|---|---|---|---|---|
| | | | | Pearson Elementary | |

| INCIDENT ADDRESS | LOCATION | PHONE |
|---|---|---|
| 19990 Beech Daly | Back Lot | |

(C) COMPLAINANT   (V) VICTIM   (S) SUSPECT   (B) SUBJECT   (O) OWNER   (W) WITNESS   (A) ARRESTED   (M) MISSING   (R) REPORTING PERSON

| | CODE | NAME (FIRST, MIDDLE, LAST) | SEX | RACE | DATE OF BIRTH | HOME PHONE |
|---|---|---|---|---|---|---|
| A | R | Ruth Ann Dunning | F | W | 03 23 62 | 538-5854 |
| | ADDRESS 20026 Olympia | APT. | CITY Redford | STATE MI | ZIP 48240 | WORK PHONE unk |
| B | W | Richard Michael Dunning | M | W | 09 03 52 | 538-5854 |
| | ADDRESS 20026 Olympia | APT. | CITY Redford | STATE MI | ZIP 48240 | WORK PHONE unk |
| C | S | unk | | | | |
| | ADDRESS | APT. | CITY | STATE | ZIP | WORK PHONE |

| ☐ ADULT ☐ JUV. | AGE | HEIGHT | WEIGHT | BUILD | COMPLEXION | EYES | HAIR | COLOR | LENGTH | STYLE | BREATHALYZER RESULTS | VIOLATION NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| DRIVERS LICENSE NUMBER (STATE, NUMBER) | CLOTHING DESCRIPTION |
|---|---|

| IN PROGRESS ON ARRIVAL | VISIBLE FROM STREET | DAYLIGHT INCIDENT | LIGHTING (N, P, G, U, X) | | | S C E N | STREET OR HWY. | GAS STAT. | CONV. STORE | BANK | INDUST. MANUF. | STOR-AGE | OTHER COMM. | PUBLIC BLDG. | SINGLE RES. | OTHER RESID. | ABANDONED STRUCT. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Y ☒ N ☐ | ☒ N ☐ | Y ☐ N ☒ U ☐ | STREET G | EXT. G | INT. X | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 ☒ | 9 | 10 | 11 |

| L A R C E N Y | TYPE | PICK-POCKET 1 | PURSE SNATCH 2 | SHOP LIFT 3 | FROM BLDG. 4 | M.V. PARTS 5 | FROM M.V. 6 | BICY. 7 | FROM COIN MACH. 8 | OTHER 9 | T O O L | PRY INST. 1 | POWER TOOL 2 | CUT INST. 3 | BLUNT OBJ. 4 | HANDS, FIST, FEET 5 | BYPASS INST. 6 | EXPLOS. 7 | OTHER 8 | UNK. 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| WEAPON | | HAND GUN 11 | LONG GUN 12 | CUT INST. 13 | BLUNT OBJ. 14 | HANDS FEET 15 | CHEM. SUB. 16 | EXPLO. 17 | OTHER 18 | 19 | VICTIM INJURY | FATAL NONE 1 | INCAP. 2 | NON-INCAP. 3 | POSSIB. 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| V O R | FAMILY 1 | FRIN. 2 | ACQ. 3 | STRA. 4 | P.O. 5 | SPOUSE 6 | SELF 7 | EMPL. 8 | UNK. ☒ | ARSON ONLY | RESIDENCE SINGLE 1 OTHER 2 | STORAGE 3 | COMMERCIAL INDUST. MANUF. 4 OTHER 5 | COMM. PUBLIC 6 | OTHER STRUCT. 7 | OTHER PROP. 8 | MOBILE PROP. AUTO ☒ BUS/TRUCK 10 OTHER 11 | ABANDONED STRUCTURE 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

VEHICLE: (H) HOLD   (S) STOLEN   (E) EVIDENCE   (L) LOST   (D) DAMAGED   (R) RECOVERED   (1) SUBJECT   (2) SUSPECT   (X) IMPOUNDED   (A) ABAN-

| CODE | UCR CODE | LIEN ENTRY ☐ | YEAR 96 | MAKE Chev | MODEL Tahoe | STYLE 4d | COLOR TOP | BOTTOM Red | YEAR 98 | STATE MI | PLATE NO. SAHR29 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D | | | | | | | | | | | |

| SERIAL NO. 1GNEK13R8JJ316400 | VALUE — | CONDITION / OTHER I.D. Burned |
|---|---|---|

| PROPERTY TAG NO. | VEHICLE LOCATION | LOCKED ☐ KEY IN ☐ | NOTIFYING | DEPT/PERSON NOTIFIED | DATE / TIME | ☐ LOCAL ☐ ELSW ☐ FOR OTHER |
|---|---|---|---|---|---|---|

☐ PROPERTY   ☐ BICYCLE:   ☐ FRAUD-DOCUMENT:   (H) HOLD   (S) STOLEN   (E) EVIDENCE   (L) LOST   (A) ATTACKED   (R) RECOVERED   (F) FOUND   (C) CONFISCATED

| CODE | CLASS | LEIN ENTRY ☐ | QTY. | MAKE | MODEL | COLOR (1) | COLOR (2) |
|---|---|---|---|---|---|---|---|

| YEAR | SIZE | | SERIAL NO. | VALUE | CONDITION (CALIBER, NO. SHOTS, BARREL LENGTH) |
|---|---|---|---|---|---|

| DESCRIPTION / OTHER I.D. (INITALS, ENGRAVING, LICENSE NO.) | LOCATION | TOTAL STOLEN | TOTAL DAMAGED | TOTAL RECOVERED |
|---|---|---|---|---|

| POINT OF ENTRY | METHOD OF ENTRY | ASSOC. INC. - 1 | ASSOC. INC. - 2 |
|---|---|---|---|

REMARKS

Dispatched to location Upon Arrival officer observed listed
Vehicle on fire. The Vehicle was parked in the North East
Area of location. Next to 20026 Olympia. Officer made
Contact with RP Ruth. Ruth stated she heard a Car Alarm

| REVIEWING OFFICER | SERIAL NO. DbS | BUREAU ASSIGNED SW | DATE | OFFICERS ASSIGNED - 1 | SERIAL | | SERIAL |
|---|---|---|---|---|---|---|---|

**INVESTIGATIVE COPY**

Initial Disclosures - KH000022

5833 ELSINORE, REDFORD MI 48239   PHONE 537-3030

PAGE 2 of 2

| CIDENT NO. | CLASS NO. | REPORT TIME | REPORT DATE | ATTEMPT | INCIDENT TYPE |
|---|---|---|---|---|---|
| 57-81-97 | 9820623 | 4 | 062797 | ☐ | Vehicle Fire |

| (C) COMPLAINANT | (V) VICTIM | (S) SUSPECT | (B) SUBJECT | (O) OWNER | (W) WITNESS | (A) ARRESTED | (M) MISSING | (R) REPORTING PERSON |
|---|---|---|---|---|---|---|---|---|

CODE: A
NAME (FIRST, MIDDLE, LAST): Q. Chole Wellington Pruett
ADDRESS: 19874 Patton   CITY: Detroit   STATE: MI   ZIP: 48269

going off and she thought it was her Vehicle. She wake up her husband Richard and they both Noticed the Vehicle on fire. They both did Not see Any body in the Area. They did Not Know who owned the Vehicle

RTFD made Scene and Put out the fire.

Officer observed only one set of Vehicle tracks leading from the back parking area to where the Vehicle was Parked. The Vehicle had been burned Very bad and officer was unable to determine if the Steering column was damaged Officer was Also unable to verify the plate with the Vehicle VIN. officer unable to locate Any other Evidence in the Area.

Officer on Scene until cleared by RFD Inspector Wedge.

Initial Disclosures - KH000023

| NO OFFICER | SERIAL NO | BUREAU ASSIGNED | DATE | OFFICERS ASSIGNED - 1 | SERIAL | 2. | SERIAL |
|---|---|---|---|---|---|---|---|