# EXHIBIT 28

ANTI-SEMITIC LEAFLETS GREET OPERA GOERS.

DETROIT

# THE JEWISH NEWS

$1.00 / June 20, 1997 / 15 Sivan 5757



# Mr. Integrity

**Can Natan Sharansky keep Israel's government afloat and still be a bridge to American Jews?**

# JN Entertainment



## Yankee Doodle Dandy

Detroit's annual International Freedom Festival was conceived in 1930 by Paul Lutzier, who proposed that it would "promote an annual civic festival for the purpose of dramatizing the friendship between the American and Canadian people ... and publicize this friendship as a worldwide example of benefits derived under 'free governments.'" Festivities include: Tug Across the River, featuring Team USA vs. Team Canada in a tug-of-war, 12 p.m. Monday, June 23; Official Freedom Festival Rooftop Party, with a barbecue, dancing, children's games and more 8-11 p.m. Wednesday, June 25, $100 (call (313) 923-7400); Freedom Festival Fireworks, North America's largest international pyrotechnics display 10:06 p.m. Wednesday, June 25, over the Detroit River. Stay tuned for more July the Fourth weekend information in our June 27 issue.

## She Just Wants To Have Fun



Brooklyn-born Cyndi Lauper has run the gamut since her 1984 debut album, *She's So Unusual*: a musical transformation from silly pop to a lush connection to nature; directing videos; and guest appearing on "Mad About You" (as Ira's ex, which won her an Emmy). She performs with Tina Turner 7:30 p.m. Monday, June 23. $15-$28.50. Pine Knob Music Theatre, Auburn Hills. (248) 645-6666.

## Culture Club

"Location to be Announced: A Sample of Club Culture Design," organized by Vermont's Exquisite Corpse, is an exhibition featuring international ephemera designed for raves (secret all-night parties) and club shows and events. Including fliers — such as the *Grab the Beat Flier*, pictured — posters, club advertisements, album covers and more from Europe, Canada and the United States, the artists range from untrained teenagers to professional designers. Through July 13 and then again from July 23-Aug. 17 (lapse due to the Serious Moonlight annual fund-raiser). Cranbrook Art Museum, Bloomfield Hills. Call for hours, (248) 645-3323.



## This Week's Best Bets

**Saturday, 8 p.m.**

### Detroit Together Men's Chorus

Celebrating 15 Years — Together in Pride is the theme for Michigan's oldest and largest gay men's chorus' ruby anniversary concert. $15. Southfield Centre for the Arts. (248) 544-3872.

**Saturday-Sunday, 11 a.m.-7 p.m.**

### Kid Expo

Outdoor amusement rides, animal exhibits, puppet fun with Maureen Schiffman and more fun for the family can be found at the Michigan State Fairgrounds, Woodward, Detroit. $5; $2/children under 14. (313) 526-5990.

**Sunday, 7 p.m.**

### Ron Coden

Oak Park High School graduate and local celebrity performs in the first of the JCC's Summer Concert Series: Bring a chair or blanket. Rothstein Park, behind the JPM JCC building, Oak Park. No charge. (248) 967-1112.

**Sunday, 8 p.m.**

### Donna Lewis

Citing as her influences such diverse sources as Kate Bush, Rickie Lee Jones, Prince and Van Morrison, the Wales-born singer/pianist performs at Meadow Brook Music Festival. $12.50-$22.50. (248) 645-6666.

**Tuesday, 8 p.m.**

### Guitars, Saxes and More

Featuring Rick Braun, Craig Chaquico, Richard Elliot and Peter White. $30. Royal Oak Music Theatre. (248) 645-6666.

**Thursday, 8 p.m.**

### Jimmie Dale Gilmore

One of the original Flatlanders, along with Joe Ely and Butch Hancock, the Texas native is touring on his own, bringing a bit of melancholy to his knee-slappin' repertoire. $15. 7th House, 7 N. Saginaw, Pontiac. (248) 335-8100.

☎ If you have an entertainment related event that you would like to have considered for listing in Out & About, please send the item, including a detailed description of the event, times, dates, place, ticket prices and publishable phone number, to: **Lynne Konstantin**, JN Out & About, *The Jewish News*, 27676 Franklin Road, Southfield, MI 48034; or fax us at (248) 354-6069. Notice must be received at least **three weeks** before the scheduled event. Photos are appreciated but cannot be returned. All events and dates listed in the Out & About column are subject to change.